```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 00225
   VICTOR H TIGREROS
   SYLVIA E TIGREROS                            CHAPTER 13

                                                JUDGE: BRUCE W BLACK

           Debtor
   SSN XXX-XX-9029     SSN XXX-XX-4780

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 01/07/08 .

     2.  The case was converted to Chapter 7 without confirmation, 04/17/2008.

     3.  The Debtor paid a total of $     711.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AURORA EARTHMOVER CU | SECURED | .00 | .00 | .00 |
| AURORA EARTHMOVER CU | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | .00 | .00 | 669.77 |
| GMAC PAYMENT CENTER | SECURED VEHIC | .00 | .00 | .00 |
| LIBERTY SQUARE HOMEOWNER | SECURED | NOT FILED | .00 | .00 |
| ADVANCE AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| ALSCHULER SIMANTZ & HEM | UNSECURED | NOT FILED | .00 | .00 |
| ANEW DENTAL ORTHODONTICS | UNSECURED | NOT FILED | .00 | .00 |
| ANKLE & FOOT CENTER | UNSECURED | NOT FILED | .00 | .00 |
| AOL LONG DISTANCE | UNSECURED | NOT FILED | .00 | .00 |
| AURORA EMERGENCY ASSOCIA | UNSECURED | NOT FILED | .00 | .00 |
| AURORA PUBLIC LIBRARY | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CASTLE SURGICALCENTER | UNSECURED | NOT FILED | .00 | .00 |
| CENTER FOR DENTAL IMP | UNSECURED | NOT FILED | .00 | .00 |
| CENTER FOR DENTAL IMP | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CINGULAR WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF AURORA | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DREYER MEDICAL CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MEDICAL CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| EARTHMOVER CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |

```
EDWARD HOSPITAL                UNSECURED      NOT FILED              .00         .00
EMERGENCY TREATMENT SC         UNSECURED      NOT FILED              .00         .00
FOX VALLEY CARDIOVASCULA       UNSECURED      NOT FILED              .00         .00
GASTROINTESTINAL HEALTH        UNSECURED      NOT FILED              .00         .00
IVONE BERON MD                 UNSECURED      NOT FILED              .00         .00
JAMES A MORRONE DDS            UNSECURED      NOT FILED              .00         .00
LINDEN OAKS                    UNSECURED      NOT FILED              .00         .00
LOYOLA UNIV PHYSICIANS F       UNSECURED      NOT FILED              .00         .00
MEDCLR INC                     UNSECURED      NOT FILED              .00         .00
MIDWEST PEDIATRIC              UNSECURED      NOT FILED              .00         .00
NICOR GAS                      UNSECURED      NOT FILED              .00         .00
PAYDAY LOAN                    UNSECURED      NOT FILED              .00         .00
PAYDAY LOAN                    UNSECURED      NOT FILED              .00         .00
SOUTH FIRE PROTECTION DI       UNSECURED      NOT FILED              .00         .00
PLAINFIELD PUBLIC LIBRAR       UNSECURED      NOT FILED              .00         .00
PROVENA MERCY CENTER           UNSECURED      NOT FILED              .00         .00
PROVENA ST JOSEPH MEDICA       UNSECURED      NOT FILED              .00         .00
RASSOULI MAJID                 UNSECURED      NOT FILED              .00         .00
RUSH COPLEY                    UNSECURED      NOT FILED              .00         .00
SBC AMERITECH                  UNSECURED      NOT FILED              .00         .00
SCHMITZ & MURAGLIA DDS         UNSECURED      NOT FILED              .00         .00
SPRINT NEXTEL                  UNSECURED      NOT FILED              .00         .00
SST FAIRLANE CREDIT            UNSECURED      NOT FILED              .00         .00
STARTEC                        UNSECURED      NOT FILED              .00         .00
VALLEY IMAGING CONSULTAN       UNSECURED      NOT FILED              .00         .00
VERIZON WIRELESS               UNSECURED      NOT FILED              .00         .00
WELLS FARGO FINANCIAL          UNSECURED      NOT FILED              .00         .00
WIRELESS RETAIL                UNSECURED      NOT FILED              .00         .00
Z-TEL COMMUNICATIONS           UNSECURED      NOT FILED              .00         .00
     Summary of disbursements:
------------------------------------------------------------------------------------
                    SECURED       PRIORITY    UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00            .00          .00         .00          .00
PRINCIPAL PAID       669.77            .00          .00         .00       669.77
INTEREST PAID           .00            .00          .00         .00          .00
TOTAL PAID           669.77            .00          .00         .00       669.77
```

The Debtor's attorney, STUART B HANDELMAN        , was allowed $       .00 and was paid $      .00 .

The Trustee received $       41.23 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 07/21/08                    /S/
                               GLENN STEARNS
                               CHAPTER 13 TRUSTEE

```
                            PAGE   3
     CASE NO. 08 B 00225 VICTOR H TIGREROS & SYLVIA E TIGREROS
```